IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VERNON ROBINSON,**

   *Plaintiff*,

v.                                                      Case No.: 4:21cv284-MW/MAF

**MARK INCH, SECRETARY
FLORIDA DEPARTMENT
OF CORRECTIONS,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with court orders, as an

impermissible shotgun pleading, and for misjoinder." The Clerk shall close the file.

**SO ORDERED on September 17, 2021.**

<u>s/Mark E. Walker            </u>
**Chief United States District Judge**